EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  # 4532
Chief, Major Crimes

CLARE E. CONNORS  # 7936
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
E-Mail: clare.connors@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 11 2005

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR05-00341 HG |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [18 U.S.C. § 641; |
| MATTHEW DALE TREU, | ) | 18 U.S.C. § 661; |
|  | ) | 18 U.S.C. § 1001; |
|  | ) | 18 U.S.C. § 1361; |
| Defendant. | ) | 18 U.S.C. § 2113(b)] |

### COUNT 1

The Grand Jury charges:

On or about August 31, 2000, in the District of Hawaii, the defendant, MATTHEW DALE TREU, did willfully and knowingly steal and purloin goods and property of the United States, that is, United States currency in an amount exceeding $1,000.00, in violation of Title 18, United States Code, Section 641.

## COUNT 2

The Grand Jury further charges:

On or about September 16, 2000, in the District of Hawaii, the defendant, MATTHEW DALE TREU, did willfully and knowingly steal and purloin property of the United States, that is, cartons of cigarettes valued at greater than $1,000.00, in violation of Title 18, United States Code, Section 641.

## COUNT 3

The Grand Jury further charges:

On or about September 16, 2000, in the District of Hawaii, the defendant, MATTHEW DALE TREU, at a place within the special maritime and territorial jurisdiction of the United States, that is, a Navy Exchange at Naval Station Kalaeloa (formerly known as Naval Air Station Barber's Point), which is land acquired for the use of the United States under its concurrent jurisdiction, did take and carry away with intent to steal and purloin, the personal property of another, that is, an automated teller machine (ATM) belonging to the Bank of Hawaii and valued at $15,000, in violation of Title 18 United States Code, Sections 7(3) and 661.

## COUNT 4

The Grand Jury further charges:

On or about September 16, 2000, in the District of Hawaii, the defendant, MATTHEW DALE TREU, did take and carry away

with the intent to steal and purloin approximately $71,900 of United States currency belonging to and in the care, custody, control, management and possession of the Bank of Hawaii, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(b).

## COUNT 5

The Grand Jury further charges:

On or about September 16, 2000, in the District of Hawaii, the defendant, MATTHEW DALE TREU, did willfully injure property of the United States, that is, the front door, side wall, and floor of the Barber's Point Navy Exchange Touch N' Go Mini-Mart, located in Building #1928 of Naval Station Kalaeloa (formerly known as Naval Air Station Barber's Point), thereby causing damage to such property in excess of $1,000 in violation of Title 18, United States Code, Section 1361.

## COUNT 6

The Grand Jury further charges:

On or about June 6 or 7, 2001, in the District of Hawaii, the defendant, MATTHEW DALE TREU, did willfully and knowingly steal and purloin goods and property of the United States, that is, United States currency in an amount exceeding $1,000.00, in violation of Title 18, United States Code, Section 641.

## COUNT 7

The Grand Jury further charges:

On or about June 6 or 7, 2001, in the District of Hawaii, the defendant, MATTHEW DALE TREU, did willfully injure property of the United States, that is, the Leileihua golf course clubhouse facility at Wheeler Army Airfield, thereby causing damage to such property in excess of $1,000 in violation of Title 18, United States Code, Section 1361.

## COUNT 8

The Grand Jury further charges:

On or about October 19, 2001, in the District of Hawaii, in a matter within the jurisdiction of the Federal Bureau of Investigation (FBI), an agency of the United States, the defendant, MATTHEW DALE TREU, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation, that is, the defendant told FBI Special Agent

//
//
//
//
//
//
//

Jennifer Frasch that he did not smoke cigarettes and that he had never been to the Barber's Point area, in violation of Title 18, United States Code, Section 1001.

DATED: August 11, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/ Thomas R. Pacheco
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Ronald G. Johnson
RONALD G. JOHNSON
Chief, Major Crimes

/s/ Clare E. Connors
CLARE E. CONNORS
Assistant U.S. Attorney