ORIGINAL

EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Chief, Major Crimes

CLARE E. CONNORS           #7936
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 2 2005

at 10 o'clock and 15 min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>    )<br>    Plaintiff,   )<br>    )<br>vs.   )<br>    )<br>MATTHEW DALE TREU,   )<br>    )<br>    Defendant.   )<br>_____ ) | CR. NO. 05-00341 hg<br><br>GOVERNMENT'S NOTICE OF NON-<br>OBJECTION; CERTIFICATE OF<br>SERVICE |

### GOVERNMENT'S NOTICE OF NON-OBJECTION

The UNITED STATES has no objections or other additions to the Proposed Presentence Report in the above-captioned matter.

DATED: December 22, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
CLARE E. CONNORS
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following persons by hand or mail, as set forth below:

1) LORETTA A. FAYMONVILLE
   Assistant Federal Public Defender
   Office of the Federal Public Defender
   300 Ala Moana Boulevard, Room 7-104
   Honolulu, Hawaii 96850-5269

   Attorney for Defendant
   MATTHEW DALE TREU

   [ ] Mail   [✓] Hand-delivery   [ ] Fax

2) **U.S. PROBATION OFFICE**
   Attn: Roy Kawamoto
   300 Ala Moana Boulevard, Room C-110
   Honolulu, Hawaii 96850

   [ ] Mail   [✓] Hand-delivery   [ ] Fax

DATED: December 22, 2005, at Honolulu, Hawaii.

_____