

**ORIGINAL**

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE    #3947
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2006

at ___ o'clock a__ __.M.
SUE BEITIA, CLERK

Attorney for Defendant
MATTHEW DALE TREU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00341HG-01 |
| ) | |
| Plaintiff, ) | RESPONSE TO DRAFT |
| ) | PRESENTENCE REPORT; |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| MATTHEW DALE TREU, ) | DATE:     02/09/06 |
| ) | TIME:     3:00 p.m. |
| Defendant. ) | |
| ) | |

N:\LORF\CLIENTS\Treu_Matthew\psi_resp.wpd

### RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, MATTHEW DALE TREU, by and through counsel, LORETTA A. FAYMONVILLE, Assistant Federal Public Defender, states that he has no proposed objections or modifications to the Draft Presentence Report.

Defendant reserves the right to reply to any proposed amendments, modifications, or additional information offered by the Government.

DATED: Honolulu, Hawaii, January 4, 2006.

                          LORETTA A. FAYMONVILLE
                          Attorney for Defendant
                          MATTHEW DALE TREU

In the United States District Court, for the District
of Hawaii, United States v. Joaquin, Cr. No. 05-00341HG-01
Response to Draft Presentence Report

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document was duly hand-delivered to the following:

CLARE E. CONNORS
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii   96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

ROY T. KAWAMATO
U. S. Probation Office
U.S. Courthouse
300 Ala Moana Boulevard, Room C-126
Honolulu, Hawaii   96813

DATED:   Honolulu, Hawaii, January 4, 2006.

_____
Hermi Hunt