# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 15, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00341HG |
| CASE NAME: | U.S.A. vs. MATTHEW DALE TREU |
| ATTYS FOR PLA: | Clare E. Connors<br>Brandon Simpson, FBI |
| ATTYS FOR DEFT: | Shanlyn A.S. Park |
| U.S.P.O.: | Roy T. Kawamoto |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | February 15, 2006 | TIME: | 2:00 - 2:15 |

COURT ACTION:  SENTENCING TO COUNTS 1 - 8 OF THE INDICTMENT -

    The defendant is present in custody.

    Allocution waived by the defendant.

    ADJUDGED: Impr of 37 mos as to each count, to run concurrently with each other and consecutive to State of Hawaii CR01-1900.

    SUPERVISED RELEASE: 3 yrs as to each count, all to run concurrently, upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That restitution is due immediately to the following: $1,800 to Barbers Point Golf Course; $14, 215.14 to NEX; $86,900 to the Bank of Hawaii; and $10,631.85 to Leilehua Golf Course, for a total of $113,546.99, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

9. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

Special assessment: $800.
Advised of rights to appeal the sentences.
RECOMMENDATIONS: Terminal Island, CA. That the defendant participate in drug treatment, educational and vocational training programs.

Submitted by: David H. Hisashima, Courtroom Manager